# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 17-2676 DSF (MRW) | Date | April 25, 2018 |
| Title | Thornberg v. Jones | | |

**Present: The Honorable** Michael R. Wilner

| Veronica Piper | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None present | None present |

**Proceedings:** ORDER TO SHOW CAUSE

    1.    The government filed a motion to dismiss Plaintiff's amended complaint against a BOP official. (Docket # 61.) In the motion, the AUSA indicated that he was unable to contact Plaintiff by telephone before filing the request. (Docket # 61 at 4.)

    2.    That's a problem. As a self-represented litigant who is no longer in custody, Mr. Thornburg is required to comply with all of this Court's Local Rules regarding litigation. Local Rule 41-6 states that a <u>pro se</u> litigant must keep the Court and the opposing lawyers apprised of "his current address and telephone number, if any."

    3.    The Court is aware that Plaintiff recently filed a change of address to reflect his move from Minnesota to California. (Docket # 58.) But his updated contact information does not contain a new or local telephone number. That will prevent him from participating in required pre-motion discussions with the government's lawyers.

    4.    Plaintiff is ordered to immediately contact the AUSA with an updated telephone number or to inform the government and the Court if he no longer has access to a phone. He must also file a notice with the Court by May 8 updating (or deleting) his phone number.