# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES R. THORNBERG,<br><br>  Plaintiff,<br><br>v.<br><br>LARRY D. JONES, et al.,<br><br>  Defendants. | Case No. CV 17-2676 DSF (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court reviewed the complaints, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has not filed any written objections to the report. The Court accepts the findings and recommendation of the Magistrate Judge.

DATE: October 22, 2018

_____
HON. DALE S. FISCHER
UNITED STATES DISTRICT JUDGE