# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES R. THORNBERG, <br> Plaintiff, <br> v. <br> LARRY D. JONES, et al., <br> Defendants. | Case No. CV 17-2676 DSF (MRW) <br><br> JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without leave to amend against Defendants Jones and Webster, and dismissed with leave to amend against Defendant Miller.

DATE: October 22, 2018

_____
HON. DALE S. FISCHER
UNITED STATES DISTRICT JUDGE